IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ERIC BELL,                          )
                                          )
        Plaintiff,                        )
v.                                        )       CASE NO.  2:11-cv-0661-MEF
                                          )                 WO
ROGER A. POWELL,                          )
                                          )
        Defendant.                        )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE
of the court that:

1.  The plaintiff's objections (Doc. #9) to the Recommendation of the Magistrate
Judge filed on October 17, 2011 are overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #8) entered on October 4,
2011 is adopted;

3.  That this action is DISMISSED with prejudice, prior to service of process,
pursuant to the directives of 28 U.S.C. § 1915A.

DONE this the 28th day of October, 2011.


                                   /s/ Mark E. Fuller
                     _____
                         UNITED STATES DISTRICT JUDGE